IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| S. T., BY AND THROUGH ASHOK AND BAKULA TRIVEDI, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-285 |
| SECRETARY JANET NAPOLITANO, Secretary, Department of Homeland Security, BRIAN CLARKE, Acting Regional Director of Houston Passport Agency, MICHAEL J. ASTRUE, Commissioner, Social Security Administration, and HILLARY R. CLINTON, Secretary of the United States Department of State, | § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

The motion to withdraw as plaintiff's counsel is granted. (Docket Entry No. 43). Bruce A. Coane and Associates PLLC are no longer plaintiff's attorneys. A hearing is set for **February 26, 2013, at 9:00 am.** Ashok and Bakula Trivedi must appear in person. Failure to do so may lead to dismissal of this action.

SIGNED on February 13, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge