IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| S. T., BY AND THROUGH ASHOK AND BAKULA TRIVEDI, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-285 |
| SECRETARY JANET NAPOLITANO, Secretary, Department of Homeland Security, BRIAN CLARKE, Acting Regional Director of Houston Passport Agency, MICHAEL J. ASTRUE, Commissioner, Social Security Administration, and JOHN F. KERRY, Secretary of the United States Department of State, | § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

The defendants' Unopposed Motion to Stay Proceedings and Notice of their Non-Opposition to Plaintiff's Counsel's Motion to Withdraw (Docket Entry No. 44), is moot.

The plaintiff has moved to withdraw this action. The motion is granted. This action is dismissed, without prejudice, subject to the earlier order granting the motion for partial dismissal with prejudice.

SIGNED on February 26, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge